UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYCE THOMPSON,

               Plaintiff,               Civil Action No. 24-13149

v.                                         Nancy G. Edmunds
                                         United States District Judge

BANK OF AMERICA, N.A., *et al.*,

                                         David R. Grand
               Defendants.        United States Magistrate Judge
_____/

**REPORT AND RECOMMENDATION TO DENY
DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 14, 22)**

In this civil action, *pro se* plaintiff Bryce Thompson ("Thompson") alleges that defendants Bank of America, N.A. ("BANA"), and three credit reporting agencies – Experian Information Solutions, Inc., Equifax Information Services, LLC, and Trans Union, LLC (the "CRAs," and, with BANA, the "Defendants") – violated the Fair Credit Reporting Act ("FCRA") related to their handling of an alleged missed credit card payment by Thompson. The Defendants moved to dismiss Thompson's complaint (ECF Nos. 14, 22) and Thompson thereafter moved to amend his complaint (ECF No. 30).[1]

On today's date, the Court issued an Order granting Thompson's motion for leave to amend his complaint. (ECF No. 36). For the detailed reasons stated in that Order, **IT IS RECOMMENDED** that Defendants' motions to dismiss **(ECF Nos. 14, 22)** be **DENIED**.

---

[1] Pursuant to 28 U.S.C. § 636(b)(1), the case has been referred to the undersigned for all pretrial purposes. (ECF No. 19).

Dated: July 31, 2025             s/David R. Grand
Ann Arbor, Michigan           DAVID R. GRAND
                                                United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Secretary of HHS*, 932 F.2d 505, 508 (6th Cir.1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir.1981). The filing of objections which raise some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge. A party may respond to another party's objections within 14 days after being served with a copy. *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. §636(b)(1). Any such response should be concise, and should address specifically, and in the same order raised, each issue presented in the objections.

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 31, 2025.

                s/Eddrey O. Butts
                EDDREY O. BUTTS
                Case Manager