UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYCE THOMPSON,

    Plaintiff,

v.

BANK OF AMERICA, N.A., *et al.*,

    Defendants.
_____/

Case No: 24-13149

Honorable Nancy G. Edmunds
Magistrate Judge David R. Grand

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JULY 31, 2025 REPORT AND RECOMMENDATION [37] AND DENYING DEFENDANTS' MOTIONS TO DISMISS [14, 22]**

Plaintiff Bryce Thompson, *pro* se, brings this civil action alleging violations of the Fair Credit Reporting Act. All pretrial matters in this case have been referred to Magistrate Juge David R. Grand. (ECF No. 19.) Defendants have moved to dismiss Plaintiff's complaint. (ECF Nos. 14; 22.) Plaintiff then moved for leave to file an amended complaint (ECF No. 30), which the Magistrate Judge granted because doing so would not be futile in light of Federal Rule of Civil Procedure 12(b)(6) (ECF No. 36). The Magistrate Judge then filed his report and recommendation that Defendants' motions to dismiss the original complaint be denied for the reasons stated in his order granting leave to amend. (ECF No. 37.) Before the Court are Defendants' motions to dismiss and the Magistrate Judge's report and recommendation.

No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012)

1

(citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nevertheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the Magistrate Judge's report and recommendation (ECF No. 37). Accordingly, Defendants' motions to dismiss (ECF Nos. 14; 22) are DENIED.

    SO ORDERED.

                                  s/ Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

Dated: August 22, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 22, 2025, by electronic and/or ordinary mail.

                                  s/ Marlena Williams
                                  Case Manager