UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYCE THOMPSON,

    Plaintiff,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants.
_____/

Case No:  24-13149
Honorable Nancy G. Edmunds
Magistrate Judge David R. Grand

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S NOVEMBER 17, 2025, REPORT AND RECOMMENDATION [55] AND DENYING MOTION TO DISMISS [41] AS MOOT**

This consumer credit lawsuit was filed by Plaintiff Bryce Thompson against Defendants Bank of America, N.A. ("BANA"), and three credit reporting agencies—Experian Information Solutions, Inc.; Equifax Information Services, LLC; and Trans Union, LLC (the "CRA Defendants"). (ECF No. 28.) The CRA Defendants filed a joint motion to dismiss. (ECF No. 41.) Upon learning that Plaintiff and the CRA Defendants intended to file stipulations of dismissal as to all three CRA Defendants (i.e., the moving parties in the motion to dismiss) the Magistrate Judge issued a report and recommendation to deny the motion to dismiss as moot. (ECF No. 55.)

Although the report and recommendation explicitly stated that the parties may object to and seek review of the recommendation within 14 days of service of the report, no objections were filed during that window. "[T]he failure to object to the magistrate judge's report[ ] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nonetheless agrees with the Magistrate Judge's

1

conclusion that the motion to dismiss is moot. The Court therefore ACCEPTS AND ADOPTS the Magistrate Judge's report and recommendation. Accordingly, IT IS ORDERED that the motion to dismiss (ECF No. 41) is DENIED AS MOOT.

SO ORDERED.

s/Nancy G. Edmunds  
Nancy G. Edmunds  
United States District Judge

Dated: December 3, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 3, 2025, by electronic and/or ordinary mail.

s/Marlena Williams  
Case Manager